IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SCA PROMOTIONS, INC., § | |
| § | |
| Plaintiff and Counter-Defendant, § | |
| § | |
| v. § | Civil Action No. 3:14-cv-00957-O |
| § | |
| YAHOO! INC., § | |
| § | |
| Defendant and Counter-Plaintiff. § | |

**ORDER**

Before the Court is Defendant's Motion Against Segregation of Attorneys' Fees (ECF No. 275). The Court referred this motion to Magistrate Judge Ramirez. June 3, 2016 Order, ECF No. 281). Judge Ramirez issued her Findings, Conclusions, and Recommendation ("FCR") on November 21, 2016. In the FCR, Judge Ramirez recommended that defendant be awarded $913,961.23 in attorneys' fees.

Plaintiff filed one objection, arguing that Judge Ramirez should have further reduced Defendant's attorneys' fees because Defendant failed to segregate its fees. Defendant objected on three grounds: (1) the hourly rates of two attorneys should be reduced; (2) the reduction for failing to exercise billing judgment was unwarranted; and (3) the reduction for blocking billing and vague time entries was unsupported.

The Court has conducted a de novo review of the FCR to which objections were made. The Court is of the opinion that the FCR is correct and it is accepted as the Findings and Conclusions of the Court. The Court thus overrules Defendant's and Plaintiff's objections.

Accordingly, Yahoo! Inc. is awarded $913,961.23 in attorneys' fees.

**SO ORDERED** on this **8th day** of **February, 2017.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**